## MIDDLETON & RILEY vs. HOFF.

In all cases arising under the 10th section of the act concerning fraudulent conveyances, the jury, not the court, are the triers, whether the transaction is fraudulent or not: Kuykendall to the use of Middleton, Perry & Co. vs. McDonald and Vinyard; page 416.

## ERROR to Buchanan Circuit Court.

HAYDEN, for plaintiffs in error.

ARCHER, for defendants in error.

SCOTT, J., delivered the opinion of the court.

The only question in this cause, is as to the instruction of the court on the question of fraud. The court assumed the power of instructing the jury that the transaction out of which the controversy arose was fraudulent. This was erroneous for the reasons given in the opinion of

Kuykendall, to the use of Middleton & Perry vs. McDonald and Vineyard decided at this term.

The other judges concurring, the judgment will be reversed and the cause remanded.